HARRY FEINGOLD v. WALWORTH BROS., INC., and Others.— Motion granted upon condition that appeal be brought on promptly for argument. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ROBERT A. HAAG v. EMMA C. TURNEY, as Trustee, etc.— Motion granted and time of defendant to serve an answer to the amended complaint extended until ten days after entry of order of this court to be entered upon determination of said appeal. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

INDEPENDENT TRADING CO., INC., v. EDWARD T. ROBERTSON and Others.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

REBECCA ROSENBERG v. THE HOME INSURANCE COMPANY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of the CITY OF NEW YORK (Eastburn Avenue, East 174th Street, Bronx). — Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of ARTHUR A. BROWN, an Attorney. — Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling Smith, Merrell and McAvoy, JJ.

In the Matter of ISAAC DOBROCZNSKI, an Attorney.— Reference ordered to Hon. Joseph E. Newburger, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of FRANCIS X. GOETTE, an Attorney.— Reference ordered to Hon. Joseph E. Newburger, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of CORTLANDT C. WOODBURN, an Attorney.— Reference ordered to Hon. John W. Goff, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.